JS-6

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
    Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (415) 977-8928
    Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH ANN RODRIGUEZ, | Case No. 2:25-cv-08698-DTB |
| Plaintiff, | |
| vs. | |
| FRANK BISIGNANO | [~~PROPOSED~~] |
| Commissioner of Social Security, | JUDGMENT OF REMAND |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security under

JUDGMENT OF REMAND                    Page 1

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision.

DATED: _____  May 18, 2026

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

JUDGMENT OF REMAND                    Page 2